James McMAHON and John J. McMahon, Defendants-Appellants, v. Samuel STOCK, Receiver of the Union City National Bank of Union City, New Jersey, Plaintiff-Appellee.

No. 5120.

Circuit Court of Appeals, Third Circuit.

May 24, 1933.

William H. Speer, of Jersey City, N. J., for appellants.

Hugh S. Williamson, of New York City, and Rinaldi & Shanley, of Union City, N. J. (Breed, Abbott & Morgan, of New York City, of counsel), for appellee.

Before BUFFINGTON and DAVIS, Circuit Judges, and DICKINSON, District Judge.

BUFFINGTON, Circuit Judge.

For the reasons stated in Miller v. Stock (C. C. A.) 65 F.(2d) 773, the judgment in this case is affirmed.